IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MILAND C. LEGGETT, | |
| Plaintiff, | CIVIL ACTION NO.: 5:25-cv-16 |
| v. | |
| CREDIT BUREAU ASSOCIATES, INC., d/b/a MERCHANTS & MEDICAL, and CREDIT COLLECTIONS SERVICES, INC., | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Motion for Reissuance of Summons and Request for the United States Marshals Service to Re-attempt Service. Doc. 13. Plaintiff represents he has an updated address for Defendant Credit Bureau Associates, Inc., and asks the Court to direct the Marshals Service to attempt service on this Defendant using the updated address. Id. at 1. Upon review, the Court **GRANTS** Plaintiff's Motion.

Because the Court granted Plaintiff leave to proceed in this case *in forma pauperis* under 28 U.S.C. § 1915, service must be effected by the United States Marshal. Fed. R. Civ. P. 4(c)(3). A copy of Plaintiff's Complaint and a copy of this Order shall be served upon Defendant Credit Bureau Associates by the United States Marshal without prepayment of cost. In most cases, the marshal will first mail a copy of the complaint to a defendant by first-class mail and request the defendant waive formal service of summons. Fed. R. Civ. P. 4(d); Local R. 4.5. A defendant has a duty to avoid unnecessary costs of serving the summons, and any defendant who fails to comply with the request for waiver must bear the costs of personal service, unless good cause

can be shown for the failure to return the waiver. Fed. R. Civ. P. 4(d). Generally, a defendant who timely returns the waiver is not required to answer the complaint until 60 days after the date the marshal sent the request for waiver. Fed. R. Civ. P. 4(d)(3).

While this action is pending, Plaintiff **shall** immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 9th day of May, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA