# In the United States District Court for the Southern District of Georgia
## Waycross Division

MILAND C. LEGGETT,

    Plaintiff,

v.

CREDIT BUREAU ASSOCIATES, INC. d/b/a Merchants & Medical,

    Defendant.

CV 525-016

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal, no. 25, wherein he notifies the Court that he wishes to dismiss his claims against the remaining defendant, Credit Bureau Associates, Inc. without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against Credit Bureau Associates, Inc. are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. There being no claims remaining, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 8 day of August, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA